Order entered February 7, 2023



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00653-CV

**JEFFREY LONGINO, GERALYNN LONGINO & ALL OTHER OCCUPANTS, Appellants**

**V.**

**ITAY SHARONI, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01063-2022**

### ORDER

On January 25, 2023, we ordered Claudia Webb, Official Court Reporter for County Court at Law No. 3, to file the reporter's record no later than February 9, 2023. Rather than filing the record, Ms. Webb filed a letter on February 3, 2023 stating that she has neither received a request for the record nor payment.

We note that a supplemental clerk's record filed in this appeal on December 19, 2022, includes a copy of appellants' August 1, 2022 request for the reporter's record. We also note that the clerk's record filed in this appeal on July 29, 2022,

includes a statement of inability to afford costs filed by each Mr. Longino and Mrs. Longino on June 27, 2022. Accordingly, we **ORDER** Ms. Webb **to file the record without payment of costs no later than February 21, 2023.** *See* TEX. R. CIV. P. 145.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Webb and the parties.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE